JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES for the use and benefit of JONES & WERT CONSTRUCTION SPECIALTIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>RQ CONSTRUCTION, INC., and CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | CASE NO: CV10-00960 GAF (JCx)<br><br>ORDER ON JOINT MOTION TO DISMISS<br><br>Assigned to:<br>Hon. Gary A. Feess, Courtroom 740<br><br>Complaint Filed: February 9, 2010<br>Trial Date: May 31, 2011 |
| AND RELATED COUNTER-CLAIMS | |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1   Based on the joint motion to dismiss, IT IS ORDERED THAT:

2   a.   The above captioned action is dismissed without prejudice; and

3   b.   The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement entered by the parties, including its terms regarding the Court's retention of jurisdiction to enforce the settlement agreement.

DATED:   March 10, 2011

_____
Hon. Gary A. Feess
U.S. District Judge

971.019/3142593.DOCX.cdc

2

CV10-00960 GAF (JCx)